EXHIBIT 1

2011-26241

P-1

RECEIPT NUMBER __418000__ __0.00__
TRACKING NUMBER __72658737__ ATY

CAUSE NUMBER __201126241__

PLAINTIFF: LEWIS, GIDGET (INDIVIDUALLY AND ON BEHALF OF THE H)    In The   281st
vs.     Judicial District Court of
DEFENDANT: WENTWOOD ST JAMES L P     Harris County, Texas

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris
TO: AMERICAN MANAGEMENT SERVICES CENTRAL LLC (D/B/A PINNACLE) (FOREIGN LIMITED LIABILITY COMPANY) BY SERVING ITS AGENT FOR SERVICE NATIONAL REGISTERED AGENTS INC
OR WHEREVER ELSE THEY MAY BE FOUND

16055 SPACE CENTER SUITE 235  HOUSTON TX

**FILED**
Chris Daniel
District Clerk
MAY 1 2 2011
Time: _____
By _____
Harris County, Texas
Deputy

Attached is a copy of __PLAINTIFF'S ORIGINAL PETITION__

This instrument was filed on the __29th__ day of __April__, 20 __11__, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __2nd__ day of __May__, 20 __11__.

Issued at request of:
RAINEY, EDWIN JR.
316 E EDGEWOOD DR
FRIENDWOOD, TX 77546
Tel: (281) 992-3173
Bar Number: 24000029

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: CUERO, NELSON    7MM/YSW/8998531

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the __9__ day of __MAY__, 20 __11__, at __225__ o'clock __P__.M., endorsed the date of delivery thereon, and executed it at __16055 SPACE CENTER__, __HOUSTON__,
(street address)     (city)
in __Harris__ County, Texas on the __9__ day of __MAY__, 20 __11__, at __250__ o'clock __P__.M.,
by delivering to __AMERICAN MANAGEMENT SERVICES CENTRAL LLC__, by delivering to its
(the defendant corporation named in citation)
__REGISTERED AGENT__, in person, whose name is __NATIONAL REGISTERED AGENTS, INC__
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the __PLAINTIFF'S ORIGINAL__ Petition attached,
(description of petition, e.g., "Plaintiffs Original")
and with accompanying copies of _____
(additional documents, if any, delivered with the petition)
I certify that the facts stated in this return are true by my signature below on the __10__ day of __MAY__, 20 __11__.
FEE: S
By: __JOHNNY R. BLACK__, SCH 209
(signature of officer)
Printed Name: _____
As Deputy for:



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 16, 2011

Certified Document Number:        48743383 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

P-1

2011-26241

RECEIPT NUMBER 418000 0.00
TRACKING NUMBER 72658739 ATY

CAUSE NUMBER 201126241

PLAINTIFF: LEWIS, GIDGET (INDIVIDUALLY AND ON BEHALF OF THE H
vs.
DEFENDANT: WENTWOOD ST JAMES L P

In The 281st
Judicial District Court of
Harris County, Texas

CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

**FILED**
Chris Daniel
District Clerk
MAY 12 2011
Time: _____
By _____
Harris County, Texas
Deputy

TO: ST JAMES APARTMENTS
OR WHEREVER ELSE THEY MAY BE FOUND

6502 WANDA LANE HOUSTON TX

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 29th day of April, 20 11, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this 2nd day of May, 20 11.

Chris Daniel
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at request of:
RAINEY, _____
316 E EDGEWOOD DR
FRIENDWOOD, TX 77546
Tel: (281) 992-3173
Bar Number: 24300029

Generated by: CUERO, NELSON 7MM/YSW/8998531

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the 9 day of MAY, 20 11, at 2 25 o'clock P.M., endorsed the date of delivery thereon, and executed it at 9109 FONDREN (street address), HOUSTON (city), in HARRIS County, Texas on the 9 day of MAY, 20 11, at 405 o'clock P.M., by delivering to ST JAMES APARTMENTS (the defendant corporation named in citation), by delivering to its MANAGER (registered agent, president, or vice-president), in person, whose name is ADELINA SOTO,

a true copy of this citation, with a copy of the PLAINTIFF'S ORIGINAL Petition attached,
(description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____
(additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the 10 day of MAY, 20 11.

FEE: $
By: JOHNNY R. BLACK, SCH209
(signature of officer)

Printed Name:

As Deputy for:



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 16, 2011

Certified Document Number:      48743382 Total Pages: 1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2011-26241

P-1

RECEIPT NUMBER 418000    0.00
TRACKING NUMBER 72658740    ATY

CAUSE NUMBER    201126241

PLAINTIFF: LEWIS, GIDGET (INDIVIDUALLY AND ON BEHALF OF THE H
vs.
DEFENDANT: WENTWOOD ST JAMES L P

In The    281st
Judicial District Court of
Harris County, Texas

CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

**FILED**
Chris Daniel
District Clerk
MAY 12 2011
Time: _____
By _____
Harris County, Texas
Deputy

TO: ST JAMES PLACE APARTMENTS
OR WHEREVER ELSE THEY MAY BE FOUND

9109 FONDREN ROAD   HOUSTON TX

Attached is a copy of    PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the    29th    day of    April    , 20 11 , in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this    2nd    day of    May    , 20 11.

*Chris Daniel*
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at request of:
RAINEY, _____ JR.
316 E _____
FRIENDWOOD, TX 77546
Tel: _____
Bar Number: _____

Generated by: CUERO, NELSON    7MM/YSW/8998531

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the  9 day of MAY , 20 11 , at 225 o'clock P .M., endorsed the date of delivery thereon, and executed it at 9109 FONDREN , HOUSTON ,
(street address)   (city)
in Harris County, Texas on the 9 day of MAY , 20 11 , at 345 o'clock P . M.,
by delivering to ST. JAMES PLACE APARTMENTS , by delivering to its
(the defendant corporation named in citation)
MANAGER , in person, whose name is ADELINA SOTO
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the PLAINTIFF'S ORIGINAL Petition attached,
(description of petition, e.g., "Plaintiffs Original")
and with accompanying copies of _____
(additional documents, if any, delivered with the petition)
I certify that the facts stated in this return are true by my signature below on the 10 day of MAY , 20 11 .
FEE: $    By:    JOHNNY R. BLACK  SCH 209
(signature of officer)
Printed Name: _____
As Deputy for:

1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 16, 2011

Certified Document Number:      48743381 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# CHRIS DANIEL
HARRIS COUNTY DISTRICT CLERK



CIVIL PROCESS PICK-UP FORM

# 2011-26241

CAUSE NUMBER: _____

ATY ✓   CIV ____   COURT __28)__

---

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

Attorney: __Edwin Rainey Jr.__   Phone: __281 286 3476__

Civil Process Server/Filer: _____   Phone: _____

Attorney/Firm Notified Service Ready: _____   Date: __05-02-2011__

Contacted By: __Nelson Cuero__
                    *Deputy District Clerk*

30th day after date of Issuance __06-01-2011__

---

| Type of Service Document | Tracking number |
|---|---|
| SECCN 2R | 72658735 |
| CIT | 72658736 |
| CIT | 72658737 |
| CIT | 72658738 |
| CIT | 72658739 |
| CIT | 72658740 |

The above process papers were prepared by: __Nelson Cuero__
                                                                    *Deputy District Clerk*

On this the __2nd__ day of __May__ __2011__,

Process papers picked up by: __Ed Rainey__   Print/Signature

On this the __3rd__ day of __May__, 2011 at __11:47__ AM/PM

CONFIRMED FILE DATE: 5/2/2011

Certified Document Number: 48629203 - Page 1 of 1

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Pick-up Form

Rev. 1/2000



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 16, 2011

Certified Document Number:        48629203 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# CIVIL CASE INFORMATION SHEET

Filed 11 April 29 P2:31
Chris Daniel - District Clerk
Harris County
ED101J016290937
By: Nelson Cuero

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____    COURT *(FOR CLERK USE ONLY)*: _____

STYLED **Gidget Lewis, et al. v. Wentwood St. James L.P., et al.**
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment motion for modification or enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

## 1. Contact information for person completing case information sheet:

Name: **Ed Rainey**
Email: **ed_rainey@yahoo**
Address: **700 Gemini #210**
Telephone: **281-286-3476**
City/State/Zip: **Houston TX 77058**
Fax: **281-286-7844**
Signature: *Ed R.*
State Bar No: **24000027**

Names of parties in case:
Plaintiff(s)/Petitioner(s): **see attached**

Defendant(s)/Respondent(s): **Wentwood St. James, L.P. (see attached)**

*(Attach additional page as necessary to list all parties)*

Person or entity completing sheet is:
☒ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: ___

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

**Contract**
- *Debt/Contract*
  - Consumer/DTPA
  - Debt/Contract
  - Fraud/Misrepresentation
  - Other Debt/Contract:
- *Foreclosure*
  - Home Equity—Expedited
  - Other Foreclosure
- Franchise
- Insurance
- Landlord/Tenant
- Non-Competition
- Partnership
- Other Contract:

**Injury or Damage**
- Assault/Battery
- Construction
- Defamation
- *Malpractice*
  - Accounting
  - Legal
  - Medical
  - Other Professional Liability:
- Motor Vehicle Accident
- ☒ Premises
- *Product Liability*
  - Asbestos/Silica
  - Other Product Liability List Product:
- Other Injury or Damage:

**Real Property**
- Eminent Domain/Condemnation
- Partition
- Quiet Title
- Trespass to Try Title
- Other Property:

**Related to Criminal Matters**
- Expunction
- Judgment Nisi
- Non-Disclosure
- Seizure/Forfeiture
- Writ of Habeas Corpus—Pre-indictment
- Other:

**Employment**
- Discrimination
- Retaliation
- Termination
- Workers' Compensation
- Other Employment:

**Other Civil**
- Administrative Appeal
- Antitrust/Unfair Competition
- Code Violations
- Foreign Judgment
- Intellectual Property
- Lawyer Discipline
- Perpetuate Testimony
- Securities/Stock
- Tortious Interference
- Other:

### Family Law

**Marriage Relationship**
- Annulment
- Declare Marriage Void
- *Divorce*
  - With Children
  - No Children

**Other Family Law**
- Enforce Foreign Judgment
- Habeas Corpus
- Name Change
- Protective Order
- Removal of Disabilities of Minority
- Other:

**Post-judgment Actions (non-Title IV-D)**
- Enforcement
- Modification—Custody
- Modification—Other

**Title IV-D**
- Enforcement/Modification
- Paternity
- Reciprocals (UIFSA)
- Support Order

**Parent-Child Relationship**
- Adoption/Adoption with Termination
- Child Protection
- Child Support
- Custody or Visitation
- Gestational Parenting
- Grandparent Access
- Parentage/Paternity
- Termination of Parental Rights
- Other Parent-Child:

### Tax
- Tax Appraisal
- Tax Delinquency
- Other Tax

### Probate & Mental Health
*Probate/Wills/Intestate Administration*
- Dependent Administration
- Independent Administration
- Other Estate Proceedings

- Guardianship—Adult
- Guardianship—Minor
- Mental Health
- Other:

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

- Appeal from Municipal or Justice Court
- Arbitration-related
- Attachment
- Bill of Review
- Certiorari
- Class Action
- Declaratory Judgment
- Garnishment
- Interpleader
- License
- Mandamus
- Post-judgment
- Prejudgment Remedy
- Protective Order
- Receiver
- Sequestration
- Temporary Restraining Order/Injunction
- Turnover

# **PLAINTIFFS**

GIDGET LEWIS, INDIVIDUALLY AND ON BEHALF OF THE HEIRS AND OF THE ESTATE OF ANDREA MARQUIS LEWIS, DECEASED

ALTON MOYE

LINDA DELL JOHNSON, INDIVIDUALLY AND ON BEHALF OF GIDGET LEWIS AND THE HEIR AND THE ESTATE OF ANDREA M. LEWIS

# **DEFENDANTS (CONT.)**

ST. JAMES PLACE APARTMENTS

ST. JAMES APARTMENTS

AMERICAN MANAGEMENT SERVICES CENTRAL LLC d/b/a/ PINNACLE, GRAOCH ASSOCIATES

WENTWOOD ST. JAMES PARTNERS, L.L.C.



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 16, 2011

Certified Document Number:        48611111 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**2011-26241 / Court: 281**

Cause No. _____

Filed 11 April 29 P2:31
Chris Daniel - District Clerk
Harris County
ED101J016290937
By: Nelson Cuero

| | | |
|---|---|---|
| GIDGET LEWIS, INDIVIDUALLY AND ON BEHALF OF THE HEIRS AND OF THE ESTATE OF ANDREA MARQUIS LEWIS, DECEASED, ALTON MOYE, AND LINDA DELL JOHNSON, INDIVIDUALLY AND ON BEHALF OF GIDGET LEWIS AND THE HEIR AND THE ESTATE OF ANDREA M. LEWIS,<br>　　PLAINTIFFS | § § § § § § § § § § § § | IN THE DISTRICT COURT |
| v. | § § | NO. _____ |
| WENTWOOD ST. JAMES L.P., ST. JAMES PLACE APARTMENTS, ST. JAMES APARTMENTS, AMERICAN MANAGEMENT SERVICES CENTRAL LLC d/b/a/ PINNACLE, GRAOCH ASSOCIATES, WENTWOOD ST. JAMES PARTNERS, L.L.C.,<br>　　Defendants | § § § § § § § § | OF HARRIS COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE:

COMES NOW, GIDGET LEWIS, INDIVIDUALLY AND ON BEHALF OF THE HEIRS AND OF THE ESTATE OF ANDREA MARQUIS LEWIS, DECEASED, ALTON MOYE, AND LINDA DELL JOHNSON, INDIVIDUALLY AND ON BEHALF OF GIDGET LEWIS AND THE HEIR AND THE ESTATE OF ANDREA M. LEWIS, PLAINTIFFS, complaining of WENTWOOD ST. JAMES L.P., ST. JAMES PLACE APARTMENTS, ST. JAMES APARTMENTS, AMERICAN MANAGEMENT SERVICES CENTRAL LLC d/b/a/ PINNACLE, GRAOCH ASSOCIATES, WENTWOOD ST. JAMES PARTNERS, L.L.C., DEFENDANTS, and files this their PLAINTIFFS' ORIGINAL PETITION, respectfully showing as follows:

1

Certified Document Number: 48611110 - Page 1 of 7

## I. Discovery Control Level

Plaintiffs contend that this case is suitable for Level 2 Discovery.

## II. Parties

Plaintiffs are residents of Texas. Gidget Lewis is Anrea Lewis' biological mother, and no father was presumed or determined, and is unknown.

Defendant, WENTWOOD ST. JAMES L.P., is a forfeited Texas limited partnership located at 750 Market St., Tacoma, WA 98402. There is no registered agent for service of process in Texas, therefore, Plaintiffs request service of process through the Texas Secretary of State to 750 Market St., Tacoma, WA 98402.

Defendant, WENTWOOD ST. JAMES PARTNERS, L.L.C. is a Delaware limited liability company located at 750 Market St., Tacoma, WA 98402. Service of process may be effected by personal service upon its agent, Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

Defendant, AMERICAN MANAGEMENT SERVICES CENTRAL LLC d/b/a PINNACLE is a foreign Limited Liability Company with offices in Dallas, Texas. Service of process may be effected by serving its agent for service, National Registered Agents, Inc. 16055 Space Center, Suite 235, Houston, TX, or wherever else they may be found.

Defendant, ST. JAMES APARTMENTS, is an apartment complex located at 6503 Wanda Lane, Houston, TX. Service of process may be effected by personal service upon PINNACLE at 6503 Wanda Lane, Houston, TX. or wherever else they may be found.

Certified Document Number: 48611110 - Page 2 of 7

Defendant, ST. JAMES PLACE APARTMENTS, is an apartment complex located at 9109 Fondren Road, Houston, TX. Service of process may be effected by personal service upon PINNACLE at 9109 Fondren Road, Houston, TX. or wherever else they may be found.

Defendant, GRAOCH ASSOCIATES, is Canadian entity doing business in Texas. Service of process may be effected by serving its agent for service, National Registered Agents, Inc., 16055 Space Center, Suite 235, Houston, TX, or wherever else they may be found.

### III. REQUEST FOR DISCLOSURES

Per Rule 194.2 of the Texas Rules of Civil Procedure, Plaintiffs request that Defendant disclose the information required under that rule within 50 days of receiving this document.

### IV. Jurisdiction and Venue

This Court has jurisdiction and venue is proper because the amount in controversy is within its jurisdictional limits, the incident at issue occurred in this county.

### V. Facts

In April 2003, Andrea Lewis was 19 years old and living on his own for the first time at St. James Place or St. James apartments located at 9109 Fondren, Houston, Texas or 6503 Wanda Lane, Houston, TX. Andrea's mother was planning on moving into his apartment. Andrea's apartment unit was located in the back of the complex in a building with no other tenants around his.

Prior to signing his lease, the St. James employees and advertising misrepresented the complex as safe and secure. In reality, the complex was, and had been for years, one

of the most dangerous complexes in the Houston area. Violent and potentially violent crime was an almost daily occurrence there, and the complex's employees knew about it, and was even involved in it.

After Andrea was threatened by others at the complex, and discovered how dangerous it was there, he and his grandmother asked the management office to let him move out. The area surrounding the complex is also very dangerous. The employees, however, insisted that he would be breaking his lease and that they would take his deposit and also go after him for the entire lease. Andrea and his grandfather then asked if they could at least move him to the front of the complex rather than having him isolated in the rear where he had already been threatened. The apartments refused.

On April 29, 2009, Andrea went to his unit to start clearing it out having decided he would have to suffer the financial consequences because he was in substantial fear anytime he was at the complex. As he walked outside his building, a man made good on the threats and shot him multiple times in the legs, pelvis and then his head. Andrea was aware as soon as he saw the man that he was going to be shot, and his last moments were sheer, indescribable terror. Andrea was transported to Ben Taub Hospital where he was pronounced dead the following morning.

When Andrea Lewis died, he owed no debts, no will, and no assets. Consequently, no probate has been filed for his estate, and none is necessary. If probate were necessary, all Plaintiffs would qualify for and be approved as the legal representative of his estate.

Defendants owned and/or operated the apartments where Andrea Lewis lived and was killed, and/or employed the employees, agents, and/or contractors who ran and were

4

Certified Document Number: 48611110 - Page 4 of 7

responsible for said apartment complex.

## VI. Causes of Action

Plaintiff requests monetary relief based on the following causes of action:

A. **Wrongful Death and Survival Action.** Per Chapter 71 of the Tex. Civ. Prac. & Rem. Code, Plaintiffs bring this action for actual damages arising from the injuries that caused Andrea Lewis's death. Defendants are liable for damages arising from said death-causing injuries because they were caused by their or their agent's or servant's wrongful acts, neglect, carelessness, unskillfulness, or default.

Andrea Lewis would have been entitled to bring an action for injuries suffered if he had lived. Plaintiff Gidget Lewis is the surviving parent of Andrea Lewis. Defendants are liable under these statutes for the acts and/or omissions of their agents, employees, et al, and through respondeat superior and vicarious liability.

B. **Negligence.** Defendants knew or should have known that the apartment complex and surrounding area was dangerous, and provided adequate protection, security and/or warnings to Andrea Lewis, and should not have misrepresented that it was safe. Defendants should not have sequestered Andrea Lewis in the rear area of the complex, and should have allowed him to break his lease so that he could move. Defendants should not have rented to or allowed dangerous people like the man who shot Andrea Lewis to be on the premises. Defendants should have take reasonable steps to stop the violence, criminal activity, drug sales, robberies and shootings to continue.

Andrea Lewis was shot in a common area of the complex operated and/or owned by Defendants, and it was known, or should have been known, that those area were frequented by violent or potentially violent individuals.

Certified Document Number: 48611110 - Page 5 of 7

Defendants failed to meet these duties, and Andrea Lewis was shot as a result, and died from those injuries. In sum, Defendants failed to provide adequate security, and its employees or agents engaged in activities that lead to unsafe conditions and even the shooting at issue.

### C. Gross Negligence

Defendants were willful, grossly negligent and/or acted with malice in regards to its employees and/or agents at the apartment complex. Their employees and/or agents were actively engaged in the elements at the complex who engaged in violent acts and intimidation at the complex. Moreover, the pervasiveness of the violence and crime at the complex was so great that their misrepresentations and failure to act was willful and/or grossly negligent.

### D.     Fraud and Breach of Contract

Defendants falsely represented the complex as safe and well-secured despite participating in and knowing of its extremely dangerous character. As a result, Plaintiff entered into the lease with Defendants. Under the lease, Defendants were obligated to provide a safe environment, particularly in and from the common areas. Defendants failed to do so, and Plaintiff suffered damages in the amount of rent paid to them and moving expenses.

## VII. DAMAGES

Plaintiff heirs are entitled to all damages that Andrea Lewis suffered prior to his death including pain and suffering, mental anguish, fear, apprehension, terror, knowledge of impending death or serious bodily injury, health care costs incurred, exemplary and/or punitive damages. In addition, Plaintiffs are entitled to all damages resulting from the

Certified Document Number: 48611110 - Page 6 of 7

death of Andrea Lewis including pecuniary loss (the loss of the care, maintenance, support, services, advice, counsel, and reasonable contributions of a pecuniary value), companionship and society (loss of the positive benefits flowing from the love, comfort, companionship, and society), mental anguish (emotional pain, torment, and suffering experienced because his death). Finally, Plaintiffs are entitled to funeral expenses incurred and all other damages that may be awarded under Texas law.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for the relief requested herein, that Defendants be cited to appear and for monetary, actual and exemplary or punitive damages, pre- and post-judgment interest at the maximum amount and duration allowed by law, attorneys fees, court costs, and for whatever additional or further relief to which to which they are entitled.

Respectfully Submitted,

Ed Rainey
Texas Bar No. 24000029
Rainey Law Firm
700 Gemini, Ste. 210
Houston, TX 77058
281-286-3476
281-286-7844 fax
Attorney for Plaintiff

Certified Document Number: 48611110 - Page 7 of 7



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 16, 2011

Certified Document Number:        48611110 Total Pages: 7

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**