IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GIDGET LEWIS, INDIVIDUALLY AND ON BEHALF OF THE HEIRS AND OF THE ESTATE OF ANDREA MARQUIS LEWIS, DECEASED, ALTON MOYE, AND LINDA DELL JOHNSON, INDIVIDUALLY AND ON BEHALF OF GIDGET LEWIS AND THE HEIR AND THE ESTATE OF ANDREA M. LEWIS,<br>     PLAINTIFFS<br><br>v.<br><br>WENTWOOD ST. JAMES, L.P., ST. JAMES PLACE APARTMENTS, ST. JAMES APARTMENTS, AMERICAN MANAGEMENT SERVICES LLC d/b/a PINNACLE, GRAOCH ASSOICATES, WENTWOOD ST. JAMES PARTNERS, L.L.C.,<br>     DEFENDANTS | §§§§§§§§§§§§§§§§§§§§§§ NO. 11-CV-02017 |

ORDER

On this  2nd  day of  November , 2011 came on to be heard Defendants' Motion for Leave to Designate Responsible Third Party. After reviewing the pleadings on file, applicable law and arguments of counsel the Court hereby GRANTS the motion.

IT IS THEREFORE ORDERED that Jamie Alan Adams is designated a responsible third party.

Signed  2 November 2011

Judge Presiding

6