| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS.<br>**Jamie Adams**<br>9000 Fondren #C117<br>Houston, Tx. 77074 | SPN: 02406256<br>DOB: BM 9.26.91<br>DATE PREPARED: 8.29.10 | D.A. LOG NUMBER:1671491<br>CJIS TRACKING NO.:9164234134-D001<br>BY: AL  DA NO:<br>AGENCY:HCDA<br>O/R NO: 061354509G<br>ARREST DATE: 6.1.2009 |
| NCIC CODE: 0903 20 | RELATED CASES: Refile of 1218576 | |
| FELONY CHARGE: MURDER<br>CAUSE NO: 1271615<br>HARRIS COUNTY DISTRICT COURT NO: 263<br>FIRST SETTING DATE: JTRL | | BAIL: $ 30,000<br>PRIOR CAUSE NO: 1218576 |

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAMIE ALAN ADAMS**, hereafter styled the Defendant, heretofore on or about **APRIL 29, 2009**, did then and there unlawfully, intentionally and knowingly cause the death of ANDREA MARQUIS LEWIS, hereinafter called the Complainant, by SHOOTING THE COMPLAINANT WITH A FIREARM.

It is further presented that in Harris County, Texas, JAMIE ALAN ADAMS, hereinafter styled the Defendant, heretofore on or about APRIL 29, 2009, did then and there unlawfully intend to cause serious bodily injury to ANDREA MARQUIS LEWIS, hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely SHOOTING THE COMPLAINANT WITH A FIREARM.

**FILED**
Loren Jackson
District Clerk

AUG 3 0 2010

Time: 13:00
Harris County, Texas
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman  228th

_____
FOREMAN OF THE GRAND JURY

**DEFENDANT'S EXHIBIT A**

INDICTMENT



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office
this   May 25, 2012

Certified Document Number:        46211552 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**