

CASE NO. 1276151
INCIDENT NO./TRN: 9164234134D001

| THE STATE OF TEXAS | § | IN THE 263RD DISTRICT |
| --- | --- | --- |
| v. | § § | COURT |
| ADAMS, JAMIE ALAN | § § | HARRIS COUNTY, TEXAS |
| STATE ID NO.: TX07919905 | § | |

P2

**DEFENDANT'S EXHIBIT B**

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. JIM WALLACE | Date Judgment Entered: | 9/13/2010 |
| --- | --- | --- | --- |
| Attorney for State: | A. LEUCHTMAN | Attorney for Defendant: | S. BEALE |

**Offense for which Defendant Convicted:**
MURDER

| Charging Instrument: ~~INFORMATION~~ INDICTMENT | Statute for Offense: N/A |
| --- | --- |

**Date of Offense:**
4/29/2009

| Degree of Offense: 1ST DEGREE FELONY | Plea to Offense: GUILTY | Findings on Deadly Weapon: N/A |
| --- | --- | --- |

**Terms of Plea Bargain:**
WITHOUT AGREED RECOMMENDATION.

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
| --- | --- | --- | --- |
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 9/13/2010 | Date Sentence to Commence: | 9/13/2010 |
| --- | --- | --- | --- |

| Punishment and Place of Confinement: | 30 YEARS INSTITUTIONAL DIVISION, TDCJ |
| --- | --- |

**THIS SENTENCE SHALL RUN CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A.

| Fine: $ N/A | Court Costs: $230.00 | Restitution: $ N/A | Restitution Payable to: ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |
| --- | --- | --- | --- |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62
The age of the victim at the time of the offense was N/A.

**If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.**

| Time Credited: | From | 6/1/2009 | to | 11/22/2009 | From | | to | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | From | | to | | From | | to | |
| | From | | to | | From | | to | |

**If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.**
N/A DAYS    NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.
   This cause was called for trial in Harris County, Texas. The State appeared by her District Attorney.
   **Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.
    Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and

entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Harris County District Clerk's office. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Harris County, Texas on the date the sentence is to commence. Defendant shall be confined in the Harris County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Harris County District Clerk's office. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Harris County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

APPEAL WAIVED. NO PERMISSION TO APPEAL GRANTED.

---

**Signed and entered on September 13, 2010**

x_____
JIM WALLACE
JUDGE PRESIDING

Notice of Appeal Filed: _____

Mandate Received: _____ Type of Mandate: _____

After Mandate Received, Sentence to Begin Date is: _____

Jail Credit: _____

Def. Received on __9-13-10__ at __9:40__ ☒ AM / ☐ PM

By: _____, Deputy Sheriff of Harris County

Right Thumbprint

Clerk: L GUEVARA

IN (CAS 20.10): _____ EN/KR04: __999__ LCBT: ✓ LCBU: ✓ EN/KR18: __299__

NF



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 25, 2012

Certified Document Number:        46367283 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**