GO TO BEN TAUB HOSPITAL AND SEE IF THE VICTIM WOULD SURVIVE HIS GUN SHOT WOUNDS.

OFFICER VU ARRIVED AT BEN TAUB HOSPITAL AND WAS APPROACHED BY A SOCIAL WORKER BY THE NAME OF (CAMPBELL, VICTOR DOB:3-12-72,,EMPLOYEE ▮▮▮▮▮). THE SOCIAL WORKER ADVISED THE OFFICER THAT HE HAD MADE CONTACT WITH THE VICTIM'S GRANDPARENTS AND THAT THEY WERE ON THEIR WAY. THE SOCIAL WORKER ALSO ADVISED THAT THE NURSES SAID THAT THE VICTIM WAS BRAIN DEAD AND WAS NOT GOING TO MAKE IT. OFFICER WAS THEN ADVISED THAT THE VICTIM WAS BEING MOVED TO THE FOURTH FLOOR, TO ICU.

OFFICER VU JOINED THEM SHORTLY AFTERWARDS AND INTRODUCED HIMSELF TO THE VICTIM'S GRANDPARENTS WHO HAD FINALLY MADE IT TO THE HOSPITAL. THE GRANDPARENTS INFORMATION IS AS FOLLOWS:

GRANDMOTHER
************
JOHNSON, LINDA DELL
2018 WILD WOOD RIDGE DR.
MISSOURI CITY, TX 77489
TXDL:▮▮▮▮▮▮▮▮
DOB:08-17-1950
(H) 281-403-9869
(C) 832-273-5073

GRANDFATHER
************
MOYE, ALTON EARL
2018 WILD WOOD RIDGE DR.
MISSOURI, TX 77489
TXDL-▮▮▮▮▮▮▮▮
DOB:7-1-1952


DEFENDANT'S EXHIBIT C

UNCLE
******
JOHNSON, RONALD DAVID
4035 OAKSIDE DR.
HOUSTON, TX 77053
TXDL-▮▮▮▮▮▮▮▮
DOB:11-24-1955
(C) 713-433-3895

*UNCLE ARRIVED SOON AFTERWARDS

OFFICER VU INTERVIEWED THE GRANDMOTHER AND GOT THE FOLLOWING INFORMATION. THE GRANDMOTHER STATED THAT SHE BELIEVES THE PEOPLE WHO DID THIS TO HIM WAS HIS GIRLFRIEND AND HER BROTHER. THE GRANDMOTHER SAYS THE GIRLFRIEND'S NAME IS "OCEALIA ADAMS" BUT SHE MAY GO BY "LASHAY" -NONE OF THE NAMES WERE 100% CORRECT ON THE SPELLING. THE GRANDMOTHER STATED THE GIRLFRIEND TRICKED THE VICTIM INTO GETTING HER AN APARTMENT. ONCE THE VICTIM DID THAT FOR HER, SHE MOVED IN WITH HER BROTHER, "CJ" AND HIS PREGNANT GIRLFRIEND. THE GRANDMOTHER STATED THAT ONCE THEY WERE IN, THE 3 OF THEM WERE TRYING TO GET THE VICTIM TO MOVE OUT. THE GRANDMOTHER STATED SHE TOLD HIM THAT HE NEEDED TO GET THEM OUT OF HIS APARTMENT BECAUSE THERE WOULD BE TROUBLE IF HE LET THEM STAY.

THE GRANDMOTHER STATED THAT "LASHAY" PULLED A KNIFE ON THE VICTIM ON EASTER

SUNDAY AND CUT HIM ON HIS HAND. THE GRANDMOTHER ALSO STATED THAT "THEY" WOULD JUMP HIM AND BEAT HIM UP OFTEN. THE GRANDMOTHER STATED THAT SHE BELIEVES THE VICTIM WAS SHOT BECAUSE HE TRIED TO MAKE THEM LEAVE THE APARTMENT. THE GRANDMOTHER STATED THAT "LASHAY" ONCE HAD A GUY BY THE NAME OF "CHRIS PRICE" COME OVER AND TRY TO FIGHT THE VICTIM. THE GRANDMOTHER STATED THAT THE VICTIM WAS BIPOLAR AND MENTALLY RETARDED, AND SO "LASHAY" WOULD TRY TO TAKE ADVANTAGE OF HIM. THE GRANDMOTHER STATED THAT SHE GOT A CALL A FEW DAYS AGO FROM AN UNKNOWN NUMBER, AND THE CALLER SAID,"WE'RE GOING TO HIDE HIM" WHICH SHE SAID MEANS ROB OR KILL. THE GRANDMOTHER STATED "LASHAY" MAY POSSIBLY BE REACHED AT THE FOLLOWING NUMBER (281) 903-4906.

OFFICER VU INTERVIEWED THE UNCLE WHO ADVISED OF THE FOLLOWING. THE UNCLE STATED THAT HIS SON, (JOHNSON, CHRIS-DOB:10-5-82,,(832)893-4981) MENTIONED TO HIM ONCE THAT HIS COUSIN, THE VICTIM, WAS HAVING "PROBLEMS" WITH HIS GIRLFRIEND AND HER BROTHER. THE UNCLE STATED THAT IS THE ONLY INFORMATION THAT HE KNOWS, BUT THAT IF WE (HPD) CAN TALK TO HIS SON, THAT HE MIGHT POSSIBLY KNOW MORE.

OFFICER WAS THEN APPROACHED BY A BLACK MALE WHO DID NOT WISH TO GIVE THE OFFICER HIS NAME. THE INDIVIDUAL STATED THAT HE WAS A FRIEND OF THE VICTIM. THE INDIVIDUAL STATED THAT HE THINKS IT MAY BE "LASHAY" AND HER BROTHER TOO BECAUSE THE VICTIM STATED SOME TIME LAST WEEK THAT "LASHAY" AND HER BROTHER THREATENED TO KILL HIM. THE INDIVIDUAL STATED THE FOLLOWING DESCRIPTION OF "LASHAY"

BLACK FEMALE, APPROX. 20-21 YOA, 5'3"-5'4", AVERAGE WEIGHT, LONG BLACK HAIR, MED TONE OF SKIN, FROM LOUISIANA.

INDIVIDUAL STATED THE FOLLOWING DESERVING OF "CJ"

BLACK MALE, SHORT-5'3" OR 5'4", VERY DARK SKIN, SHORT BLACK HAIR.

THE INDIVIDUAL STATED THE TWO KNEW THE VICTIM GOT SOCIAL SECURITY CHECKS AND FOOD STAMPS, SO THEY MAY HAVE ROBBED HIM FOR THAT. THE INDIVIDUAL STATED THAT IF WE GO THE THE "GREEN HOUSE PATIO" APARTMENTS LOCATED ON BOB WHITE AND SANDPIPER, THAT WE MIGHT POSSIBLY GET THE INFORMATION WE NEED ON "LASHAY" BECAUSE THAT IS WHERE SHE LAST LIVED.

DOCTOR IN ICU WAS DR.KITAGAWA

OFFICER VU COLLECTED THE FOLLOWING INFORMATION AND COMPLETED THIS SUPPLEMENT.

```
       SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER   VER-6.10-A
      ****************************************************************
      *   ENTRY DEVICE: MOTOROLA MW800 736SEG0540 000                    *
      *   ENTRY FROM DATE-042909 TIME-2152  TO   DATE-042909 TIME-2340   *
      *   TRANSFER DEVICE: MOTOROLA MW800 736SEG0540 000 WINXPVER. 6.10-A*
      *   TRANSFER DATE-042909 TIME-2340   LOAD DATE-043009 TIME-0655    *
      *   LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 15      DIST-15  *
      ****************************************************************
         EVIDENCE WAS TAGGED-N       LATENT PRINTS WERE LIFTED AT A SCENE-N
```

&&&

          #3303- NO ANSWER. LEFT BUSINESS CARD ASKING TO CALL.

          #3302- NO ANSWER. LEFT BUSINESS CARD ASKING TO CALL.

          #3304- NO ANSWER. LEFT BUSINESS CARD ASKING TO CALL.

          INTERVIEW OF LINDA JOHNSON
          *******************************
          JOHNSON, LINDA DELL
          R/S: B/F
          DOB: 8-17-50
          TDL: ■■■■■■
          2818 WILDWOOD RIDGE DR; MISSOURI CITY, TX 77489
          281-403-9869 (HOME)
          832-273-5073 (CELL)

     JOHNSON STATED THAT SHE WAS THE GRANDMOTHER OF ANDREA LEWIS. SHE STATED THAT SHE HAD BEEN THE ONE TAKING CARE OF HIM BECAUSE HIS MOTHER WAS IN PRISON. JOHNSON STATED THAT LEWIS HAD BEEN ON DISABILITY BECAUSE HE WAS SLOW. SHE STATED THAT HE WAS DIAGNOSED AS BIPOLAR AND WAS ON FOOD STAMPS AND SSI. SHE STATED THAT A WOMAN CALLED LASHAE AND A MALE CALLED CJ HAD RECENTLY BEEN STAYING WITH HIM AT HIS APARTMENT AND THAT THEY HAD BEEN TAKING ADVANTAGE OF HIM BEING SLOW. JOHNSON STATED THAT SHE HAD RECENTLY CONTACTED THE APARTMENT COMPLEX AND HAD THE OTHER PEOPLE PUT OUT OF THE APARTMENT.

     JOHNSON STATED THAT ANDREA HAD MET LASHAE IN FEBRUARY OF 2009. SHE STATED THAT HE LET HER MOVE INTO HIS APARTMENT AND THEN SHE LET CJ STAY THERE. JOHNSON STATED THAT CJ BROUGHT HIS PREGNANT GIRLFRIEND WITH HIM. JOHNSON STATED THAT ANDREA HAD GONE TO NEW ORLEANS ON APRIL 3, 2009 AND LASHAE MOVED IN ON APRIL 4, 2009. SHE STATED THAT ANDREA GOT BACK FROM NEW ORLEANS ON APRIL 6, 2009. JOHNSON STATED THAT ANDREA TOLD HER THAT ON APRIL 11, 2009, LASHAE TRIED TO STAB HIM IN THE HAND. JOHNSON STATED THAT ANDREA TOLD HER THAT AROUND APRIL 13 TH OR 14 TH, CHRIS PRICE HAD PULLED A GUN ON HIM. SHE STATED THAT CHRIS PRICE WORKS FOR METRO AND THAT HE LIVES IN MISSOURI CITY. JOHNSON STATED THAT LEWIS HAD NOT MADE ANY POLICE REPORTS ABOUT THE INCIDENTS.

     JOHNSON STATED THAT AROUND TWO WEEKS AGO, SHE CONTACTED THE MANAGEMENT AT ST JAMES APARTMENTS AND THEY HAD THE OTHER PEOPLE PUT OUT OF THE APARTMENT. JOHNSON STATED THAT THE PREGNANT FEMALE'S MOTHER LIVES IN THE APARTMENT ACROSS THE STREET FROM THE ST JAMES APARTMENTS. JOHNSON STATED THAT LASHAE'S NAME IS OCELIA LASHELIA ADAMS, BUT THAT HER PHONE IS REGISTERED TO LASHAE ADAMS. SHE STATED THAT LASHAE'S MOTHER IS LINDA FAE BROWN AND SHE LIVES IN BAYTOWN. JOHNSON STATED THAT LASHAE USED TO LIVE AT THE GREENHOUSE APARTMENTS. SHE WAS IN SOME DISTURBANCE THERE IN MARCH AND WAS EVICTED.

     JOHNSON STATED THAT LASHAE HAD ALREADY CALLED CHRIS JOHNSON AND TOLD HIM THAT ANDREA WAS SHOT AND THAT SHE SAID SHE DID NOT HAVE ANYTHING TO DO ABOUT IT. LINDA JOHNSON STATED THAT SHE FELT LASHAE HAD TO HAVE HAD SOMETHING TO DO ABOUT IT, OR SHE WOULD NOT HAVE KNOWN THAT ANDREA WAS SHOT. JOHNSON STATED THAT LAST MONDAY OR TUESDAY AROUND 10 AM TO 11 AM SHE GOT A CALL FROM LASHAE TELLING HER THAT THEY WERE PLANNING ON HIDING HIM. JOHNSON STATED THAT MEANT THAT THEY WERE PLANNING ON ROBBING HIM. JOHNSON STATED THAT SHE HAD CALLED HER HOME NUMBER 281-403-9869.

     JOHNSON STATED THAT ANDREA'S CELL PHONE WAS 281-515-2574.

```
          SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-7.00-A
     ***********************************************************************
     *  ENTRY DEVICE: DELL 2 171229                                         *
     *  ENTRY FROM DATE-052109 TIME-2002  TO  DATE-052109 TIME-2007         *
     *  TRANSFER DEVICE: DELL GX240 286921 CS1 WINXP           VER. 7.00-C  *
     *  TRANSFER DATE-052109 TIME-2025    LOAD DATE-052109 TIME-2025        *
     *  LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 15        DIST-15     *
     ***********************************************************************
          EVIDENCE WAS TAGGED-Y      LATENT PRINTS WERE LIFTED AT A SCENE-N
```

Supplement entered by = █████
Report reviewed by-PAMELA JOHNSON          Employee number-█████
Date cleared- 06/21/09

---

No-0007

Offense- MURDER /BY FIREARMS    ML# 09-1440
                         Street location information
Number-     6503  Name-WANDA                 Type-LN       Suffix-
Apt no-     Name-06501                       Type-         Suffix-
Date of offense-04/29/09              Date of supplement-05/21/09
Compl(s) Last-LEWIS         First-ANDREA     Middle-MARQUIS
                     Recovered stolen vehicles information
Recovery location-                             District-    Beat-    00
Stored-                    by-
Officer1-E.H. SCHMIDT      Emp#-█████  Shift-2 Div/Station-HOMICIDE
Officer2-R.J. BLAIN        Emp#-█████  Shift-2

                         SUPPLEMENT NARRATIVE

          *** SYSTEM GENERATED DATA - LAST UPDATE: 05/21/09 22:19 ***
     ADDITIONAL CANVASS FOR WITNESSES
     *********************************
     EDGAR TUCKER
     B/M 01-26-50
     SS# █████
     (713)988-8928
     6503 WANDA / APT# 2804
     **********************

     AFTER CONDUCTING MY INITIAL SCENE INVESTIGATION ON APRIL 29, 2009 I,
INVESTIGATOR E. SCHMIDT ASSISTED SGT. BLAIN WITH A CANVASS FOR WITNESSES.  I
SPOKE WITH MR. EDGAR TUCKER WHO WAS STANDING ON THE SECOND FLOOR BALCONY IN
FRONT OF HIS APARTMENT # 2804, BELOW IS A SYNOPSIS OF THAT INTERVIEW WITH MR.