| United States District Court | Southern District of Texas |
|---|---|

Gidget Lewis, *et al.*,　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　Plaintiffs,　　　　　　§
　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　§　　Civil Action H-11-2017
　　　　　　　　　　　　　　　　§
Wentwood St. James, L.P., *et al.*,　§
　　　　　　　　　　　　　　　　§
　　　　　Defendants.　　　　　§

# Final Judgment

1. The claims of Alton Moyle and Linda Dell Johnson against these defendants are dismissed with prejudice for want of standing.
   - Wentwood St. James, L.P.
   - St. James Place Apartments
   - St. James Apartments
   - American Management Services Central, LLC
   - Graoch Associates
   - Wentwood St. James Partners, LLC
   - Wanda-1, GP, Inc.
   - Jamie Alan Adams

2. Gidget Lewis takes nothing from:
   - Wentwood St. James, L.P.;
   - St. James Place Apartments;
   - St. James Apartments;
   - American Management Services Central, LLC;
   - Graoch Associates;
   - Wentwood St. James Partners, LLC;

- Wanda-1, GP, Inc.; and
- Jamie Alan Adams.

Signed on July 16, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge