UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

United States Courts
Southern District of Texas
FILED

AUG 1 0 2012

David J. Bradley, Clerk of Court

GIDGET LEWIS et., al.
 Plaintiffs,
v.
WENTWOOD ST. JAMES, L.P. et. al
Defendants.

## MOTION to OBTAIN COURT TRANSCRIPT and RECORDS

Notice is hereby given that Plaintiffs', Linda Johnson and Alton Moye ("Plaintiffs") hereby request for the District Court to obtain the Court transcript and records to be file with the United States of Appeal in the Fifth Circuit and pay at the expense of the Federal Government due to both are indigent being on fixed income.

Submitted by,

*Ms. Linda D. Johnson Pro Se*

Ms. Linda D Johnson Pro Se

*Alton Moye Pro Se.*

Alton Moye Pro Se.
P.O.Box 310905
Houston, Texas 77231

It is hereby Order by the Court _____ Granted or

_____ Deny on this Day of August ____, 2012.


Signed by _____
                    Judge

Certificate of Service

I hereby certify that the foregoing Cause No. 4:11 CV-02017 Motion to Obtain Court Transcript and Appeal fee be paid by the Federal Government with our Appeal in the US Fifth Circuit of Appeal .Motion to Protect Information Under the Privacy Act filed in this Cause for each Application from the US Pacer. Each Defendants attorney on records has been sent a copy of Motions.

Attorney Kathleen A. O'Connor
1300 Post Oak Suite 830
Houston, Texas 77056

Attorney John Loyd
1300 Post Oak Suite 830
Houston, Texas 77056

Submitted by, 8/9/2012
Ms. Linda Johnson Pro Se
Alton Moye Pro Se
P.O.Box 310905
Houston, Texas 77231